Office of Disciplinary Counsel *v.* Miller.

[Cite as *Disciplinary Counsel v. Miller* (1997), 79 Ohio St.3d 1233.]

(No. 97–437—Submitted and decided August 22, 1997.)

IT IS ORDERED by this court that John R. Miller, a.k.a. John Robert Miller, be, and hereby is, reinstated to the practice of law in the state of Ohio.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

For earlier case, see *Disciplinary Counsel v. Miller* (1997), 79 Ohio St.3d 115, 679 N.E.2d 1098.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer and Lundberg Stratton, JJ., concur.

Cook, J., not participating.